**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SIMA GHASEMI KHAMENEH** | **CIVIL ACTION NO. 26-1289** |
| | **SECTION P** |
| **VS.** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDE RICHWOOD CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Sima Ghasemi Khameneh's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Richwood Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**. Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming her release.

LAFAYETTE, LOUISIANA, this 25th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE